# EXHIBIT

# A

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Mark O. Boatwright**
**3435 Majestic Court**
**Macon, GA 31217**

From: **Atlanta District Office**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2013-00922** | **Barry E. Brown, Investigator** | **(404) 562-6833** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

MAR 27 2014
*(Date Mailed)*

Enclosures(s)

cc:
**Herb Kraft**
**HR MANAGER**
**NICHIHA USA, INC**
**3150 Avondale Mill Road**
**Macon, GA 31216**

**EXHIBIT**
A

# EXHIBIT B

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s): 410-2012-03646

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mark Boatwright | (478) 216-1253 | 04-29-1965 |

Street Address / City, State and ZIP Code
3435 Majestic Court, Macon, GA 31201

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NICHIHA USA, INC. | 201 - 500 | (478) 238-9070 |

Street Address / City, State and ZIP Code
3150 Avondale Mill Road, Macon, GA 31216

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [X] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-08-2011 Latest: 04-16-2012
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer as a Raw Material Handler on November 8, 2011. From November 8, 2011, to the present, I have been denied adequate training. On April 15, 2012, I was told that "I have been recommended for a promotion to a Lead Operator in May and could lose my job if I make 2 errors."

I believe that I have been discriminated against because of my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended, and my age (46), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 19, 2012 — Date
[signature] — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED
APR 19 2012
EEOC-ATDO

EXHIBIT B

# EXHIBIT C

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Mark Boatwright**
**3435 Majestic Court**
**Macon, GA 31201**

From: **Atlanta District Office**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2012-03646 | April M. Sims, Investigator | (404) 562-6847 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

Bernice Williams-Kimbrough,
District Director

SEP 21 2012
*(Date Mailed)*

Enclosures(s)

cc: NICHIHA USA, INC.

Attn: Jeffrey Thompson, Esquire

**EXHIBIT**
C

# EXHIBITS D-G

Coliseum Same Day Surgery Center 001572
Phone 478-742-1522
340 Hospital Drive, Building E
Macon, Georgia 31217

Patient's Nam
Address
℞

NAME: BOATWRIGHT MARK
ACCT: 38775 COLISEUM SDS
DOB: 04/29/65 SEX: M AGE: 47
DR: WILLIAMS , JOHN THOMAS M
DOS: 10/04/12

Please excuse from work due to a procedure

Label ☐ Yes ☐ No
Refill 0 1 2 3 4 5
Dr Williams M.D.
746-2770
(Physician's Name - Please Print)
Date 10/4/12 DEA# NPI#

SRC1111168120800 8353 (10/11)

Coliseum Same Day Surgery Center 001572
Phone 478-742-1522
340 Hospital Drive, Building E
Macon, Georgia 31217

Patient's Nam
Address
℞

NAME: BOATWRIGHT MARK
ACCT: 38775 COLISEUM SDS
DOB: 04/29/65 SEX: M AGE: 47
DR: WILLIAMS , JOHN THOMAS M
DOS: 10/04/12

Please excuse from work due to a procedure

Label ☐ Yes ☐ No
Refill 0 1 2 3 4 5
Dr Williams M.D.
746-2770
(Physician's Name - Please Print)
Date 10/4/12 DEA# NPI#

SRC1111168120800 8353 (10/11)

EXHIBIT
D



EARL N. MULLIS, JR., M.D., F.A.C.S.
Fellow American College of Surgeons
JOHN T. WILLIAMS, IV, M.D., F.A.C.S.
Fellow American College of Surgeons

# CERTIFICATE TO RETURN TO WORK OR SCHOOL

NAME: Mark Boatwright

Please excuse the above named patient. He/She has been under my care and unable to attend work/school.

10-17-12

He/She is able to return to work/school on ______

______ Able to return to light duty on ______

______ Able to return to work on ______

______ Please excuse for doctors visit today ______

Restrictions/Comments: Mark will be out of work from 10-4-12 – around 11-16-12. He is having Surg again on 10-25-12 and will be out until he comes back to see Dr for post op appt. Return to work will be determined at that appt.

Dr. John T. Williams M.D.

870 High Street
Macon, Georgia 31201
(478) 746-2770 • Fax (478) 746-0000

Mailing [illegible]
P.O. B[illegible]
Macon, Ge[illegible]

EXHIBIT
E

478 765-5038

Macon
Surgical
Associates

Attn: Felica Watkins of HR

EARL N. MULLIS, JR., M.D., F.A.C.S.
Fellow American College of Surgeons
JOHN T. WILLIAMS, IV, M.D., F.A.C.S.
Fellow American College of Surgeons

10/8/12

CERTIFICATE TO RETURN TO WORK OR SCHOOL

NAME: Mark Boatright

Please excuse the above named patient. He/She has been under my care and unable to attend work/school.

due to surgical procedure done on 10/4/12

He/She is able to return to work/school on ________

_____ Able to return to light duty on ________

_____ Able to return to work on ________

_____ Please excuse for doctors visit today ________

Restrictions/Comments: Pt has to wait until post op appt to return back to work post op appt is set for 10/17/12

Dr. John T. Williams IV M.D.

FAXED

870 High Street
Macon, Georgia 31201
(478) 746-2770 • Fax (478) 746-0000

Mailing Address:
P.O. Box 4166
Macon, Georgia 31213

EXHIBIT
F



Macon
Surgical
Associates

EARL N. MULLIS, JR., M.D., F.A.C.S.
Fellow American College of Surgeons
JOHN T. WILLIAMS, IV, M.D., F.A.C.S.
Fellow American College of Surgeons

CERTIFICATE TO RETURN TO WORK OR SCHOOL

NAME: Mark Boatwright

Please excuse the above named patient. He/She has been under my care and unable to attend work/school.

10-17-12

He/She is able to return to work/school on ________

________ Able to return to light duty on ________

________ Able to return to work on ________

________ Please excuse for doctors visit today ________

Restrictions/Comments: Mark will be out of work from 10-4-12 – around 11-16-12. He is having Surg again on 10-25-12 and will be out until he comes back to see Dr. for post op appt. Return to work will be determined at that appt.

Dr. John T. Williams M.D.

870 High Street
Macon, Georgia 31201
(478) 746-2770 • Fax (478) 746-0000

Mailing Address:
P.O. Box 4166
Macon, Georgia 31213

EXHIBIT
G

# EXHIBITS
# H-J


# Macon Surgical Associates

EARL N. MULLIS, JR., M.D., F.A.C.S.
Fellow American College of Surgeons
JOHN T. WILLIAMS, IV, M.D., F.A.C.S.
Fellow American College of Surgeons

November 7, 2012

Macon Surgical Associates
P O Box 4166
Macon, Georgia 31216

Marc Yamamoto, Vice President
Nichiha , USA
6659 Peach Tree Industrial Blvd
Suite AA
Norcross, Georgia 30092

Dear Mr. Yamamoto

It has come to my attention that there has been some question to as wheather Mr. Boatwright has the documentation to prove his job absence due to his medical care.

Please see enclosed documentation to state that Mr. Boatwright was under Dr. John T Williams IV M.D. Care 09/19/2012, 10/04/2012, 10/17/2012, and 10/25/2012. This information was faxed to your company after each visit to ensure that the patient did have the correct documentation to excuse him from his job for the listed dates due to a surgical intervention.

If you have any further question please feel free to contact me at 478-746-2770.

Sincerely,

John T Williams IV M.D.

870 High Street
Macon, Georgia 31201
(478) 746-2770 • Fax (478) 746-0000

Ma [redacted]
P [redacted]
Maco [redacted]

EXHIBIT
H



EARL N. MULLIS, JR., M.D., F.A.C.S.
Fellow American College of Surgeons
JOHN T. WILLIAMS, IV M.D., F.A.C.S.
Fellow American College of Surgeons

November 7, 2012

Macon Surgical Associates
P O Box 4166
Macon, Georgia 31216

Herb Kraft
Human Resources Manager
Nichiha, USA, Inc - Macon Plant
3150 Avondale Mill Road
Macon, Georgia 31216

Dear Mr. Kraft

It has come to my attention that there has been some question to as wheather Mr. Boatwright has the documentation to prove his job absence due to his medical care.

Please see enclosed documentation to state that Mr. Boatwright was under Dr. John T Williams IV M.D. Care 09/19/2012, 10/04/2012, 10/17/2012, and 10/25/2012. This information was faxed to your company after each visit to ensure that the patient did have the correct documentation to excuse him from his job for the listed dates due to a surgical intervention.

If you have any further question please feel free to contact me at 478-746-2770.

Sincerely,

John T Williams IV M.D.

870 High Street
Macon, Georgia 31201
(478) 746-2770 • Fax (478) 746-0000

EXHIBIT
I





12/14/2012

Dear Mr. Boatright,

We have received your appeal of the decision to terminate your employment, and we have reviewed and considered your position in this matter. As you are aware, Nichiha policy provides that employees must notify supervisors in advance of absences as follows:

> "When it is not possible for you to report to work due to unforeseen circumstances, Nichiha requires you to report your absence as soon as possible. It is necessary that you make the call yourself. To report that you will be tardy or an absent, call Nichiha's main number and dial extension 133. (478)238-9070 Ext. 133. The extension is a voice recording only, leave a message with the following information:
>
> Your name and department, the time that you are calling, reason for your absence or tardiness; if tardy, what time you will be reporting to work, and a call back number where you can be reached.
>
> Do not leave a message on a Nichiha employee's office telephone. If you speak with your Supervisor and/or Manager, you must report your absence/tardiness on the above number, no exception".

While your appeal suggests that your absence from work may have been through no fault of your own, the documentation and argument provided by you do not explain your failure to notify the Company in accordance with its policy. Since you were aware of Company policy, having followed such policy in past situations, your appeal does not address a fundamental concern that led to the termination of your employment. Accordingly, your appeal is denied and the decision to terminate your employment has been upheld.

We wish you the best in your future endeavors.

Sincerely,

Michihide Yamamoto
Vice President and CFO

3173493.1

**EXHIBIT**
J



**VERIFICATION**

The below-signed swears or attests that the foregoing Complaint and Exhibits are true and correct to his best knowledge, information and belief.

This 23 day of June, 2014.

Mark O. Boatwright, Plaintiff

Sworn to and described before me this 23 day of June, 2014.

Notary Public, Clayton County

NATELEGE A DOBBINS
MY COMMISSION EXPIRES
NOTARY PUBLIC
JUNE 22, 2016
CLAYTON COUNTY, GEORGIA