IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK O. BOATWRIGHT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:14-CV-1968-WSD-JSA |
| | : | |
| NICHIHA USA, INC., | : | |
| | : | |
| Defendant. | : | |

**SCHEDULING ORDER**

Upon review of the Joint Preliminary Report and Discovery Plan [9] filed by the parties, the Court approves the deadlines therein, and **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, filing a proposed consolidated pretrial order, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court except as herein modified.

This case has been assigned to a four-month discovery track and, pursuant to the Local Rules of this Court, the discovery period ends on **December 13, 2014**. *See* LR 26.2(A), NDGa (the discovery period begins thirty days after the appearance of the first defendant by answer to the complaint, unless the parties mutually consent to begin earlier). The parties are advised that, **if a discovery dispute arises between the parties, counsel and** *pro se* **litigants are required to contact the chambers of the undersigned by telephone jointly, with their adversary on the line, before filing**

**a motion**. If successive attempts to contact the adversary are unsuccessful, if the adversary refuses to contact the Court jointly, or if there is some other good cause for why a joint call could not be accomplished, the initiating party may send a letter, not to exceed two (2) pages, describing the discovery issue for which relief is sought and the reasons why no joint call was made. This letter must be copied on all adversaries. Motions to compel, motions for protective order, motions for sanctions or any other motion arising out of a dispute over any discovery matter should ordinarily not be filed without a prior conference with the Court.

Pursuant to Local Rule 16.4, the parties must file a proposed consolidated pretrial order no later than thirty (30) days after the close of discovery, or entry of the court's ruling on any pending motions for summary judgment, whichever is later. *See* LR 16.4, NDGa. The Court extends the deadline for filing a proposed consolidated pretrial order until **forty (40) days** after the close of the discovery period, or, in the event that any party files a motion for summary judgment, until **thirty (30) days** after the district court's final ruling on all pending motions for summary judgment, whichever is later.

**IT IS SO ORDERED** this 22nd day of August, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE